---

OUSAMA KARAWIA and INTERNATIONAL
PROTECTIVE SERVICES, INC. d/b/a ISI,

    Plaintiffs,

-v -

UNITED STATES DEPARTMENT OF LABOR,

    Defendant.

---

08 Civ. 5471 (HB)

ECF Case

**SCHEDULING ORDER**

1. WHEREAS, on June 17, 2008, this Court issued an Order to Show Cause for Preliminary Injunction setting a hearing on plaintiffs' request for preliminary injunctive relief for 4 p.m. on June 25, 2008.

2. WHEREAS, the parties have jointly requested a brief adjournment of the preliminary injunction hearing in light of the nature of the relief requested and the need for defendant the United States Department of Labor to fully investigate and brief the relevant issues;

    IT IS HEREBY ORDERED that:

1. The preliminary injunction hearing is adjourned to 10 a.m. on July 14, 2008, to be presided over by the Part I Judge on that date, the Hon. Laura T. Swain, or on another date and time so designated by the Judge Swain.

2. The defendant United States Department of Labor shall serve and file its opposition papers to plaintiffs' request for preliminary injunctive relief on or before July 2, 2008.

3. The United States Attorney's Office shall send a copy of this Scheduling Order to Judge Swain and to counsel for plaintiffs.

Dated: 6/18/08

HON. HAROLD BAER
UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 6/19/08

1

TOTAL P.04