CERTIFICATE OF SERVICE

       I, Li Yu, an Assistant United States Attorney for the Southern District of New York, hereby certify that on July 2, 2008, I caused a copy of the foregoing Reply Memorandum of Law in Further Support of the Government's Motion for Summary Judgment and the attached Declaration of Frank F. Barton and Corrected Exhibit G to the Yu Declaration to be served, by E-mail and Federal Express, upon counsel at the following addresses:

        Samnuel Z. Gdanski
        Gdanski and Gdanski LLP
        3 Rockwood Lane
        Suffern, NY 10901

Dated:    New York, New York
           July 2, 2008

                                                  /s/ Li Yu_____
                                                  LI YU
                                                  Assistant United States Attorney