

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, Third Floor
New York, New York 10007


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 3 2008

July 2, 2008

**BY HAND**

Hon. Laura T. Swain
United States District Judge
United States Courthouse
500 Pearl Street, Room 755
New York, NY 10007

**MEMO ENDORSED**

Re: *Karawia, et al. v. United States Dep't of Labor*, 08 Civ. 5471 (HB)

Dear Judge Swain:

    This Office represents the United States Department of Labor (the "Government") as the defendant in the above-referenced matter. Pursuant to Your Honor's order dated June 24, 2008, the Government filed its opposition to plaintiffs' motion for a preliminary injunction today. I write respectfully: 1) to provide the Court with a courtesy copy of the Government's Memorandum of Law in Opposition to the Plaintiffs' Motion for a Preliminary Injunction and the attached declarations and exhibits and 2) to provide the Court with a courtesy copy of plaintiffs' memorandum in support of their motion and the attached exhibits.

    Further, I sincerely apologize for the fact that I did not previously seek leave from the Court for exceeding the 25-page space limit on the set forth in Rule 2.H of Your Honor's Individual Rules; and I respectfully request leave to file the enclosed brief, which exceeds that limit by three pages. The Government believes that the additional pages are necessary to address the various arguments raised by plaintiffs in their 46-page memorandum of law in support of their motion for preliminary injunction. I thank the Court for its consideration of this request.

*The requested page limit extension is granted.*

**SO ORDERED.**

*/s/ Laura Taylor Swain 7/3/08*
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _/s/ Li Yu_____
LI YU
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2734
Fax: (212) 637-2686

Enclos.

RECEIVED JUL - 2 2008 CHAMBERS OF LAURA TAYLOR SWAIN U.S.D.J.