

**Gdanski & Gdanski LLP**
Attorneys At Law
3 Rockwood Lane
Suffern, New York 10901

Ph: (845) 362-4800                                    Fax: (845) 362-4700

Sam Z. Gdanski, Esq.                                  Scott H. Gdanski, Esq.
samgdanski@gdanski.com                                scottgdanski@gdanski.com

                                                      July 8, 2008

**VIA FACSIMILE**
(212) 805-0426
Honorable Laura T. Swain
United States District Judge                 **MEMO ENDORSED**
United States Court House
500 Pearl Street, Room 755
New York, New York 10007

    Re:   Karawia, et al. v. United States Department of Labor, 08 Civ. 5471 (HB)

Dear Judge Swain:

    This office represents the plaintiff in this matter. First of all thank you for consenting to adjourn the hearing until 2:00. Counsel is from Rockland which is another bridge barrier and appreciates the time to set up and park. Plaintiff respectfully requests permission to exceed the reply brief by about ten additional pages approximately. Because of the intricate issues involved herein and the compressed timeframe of the July 4 weekend, the editing process is extremely difficult although we have worked through most of the weekend. I requested Mr. Yu's consent who does not object.

    In addition, initially in the scheduling order your honor asked for a courtesy copy to be hand delivered to chambers. Would an email or fax transmission suffice or else counsel will attempt to find a third-party courier service. If this is necessary, what times and abilities to access the Chambers will be made available.

    I thank the Court for its consideration of these matters.

                                    Respectfully submitted,

                                    Sam Zalman Gdanski
                                    3 Rockwood Lane
                                    Suffern, New York 10901
                                    Tel:  (845) 362-4800
                                    Fax:  (845) 362-4700

CC:  Via Fax: Mr. Yu, Assistant United States Atty.
     (212) 637-2686

*Handwritten endorsement:* The requests are granted. The courtesy copy of the reply brief can be faxed.

SO ORDERED.

/s/ 7/8/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Copies mailed / faxed to 7/8/08
Chambers of Judge Swain / counsel