United States Attorney
Southern District of New York

86 Chambers Street, Third Floor
New York, New York 10007

August 8, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/08

**BY HAND DELIVERY**

Hon. Harold Baer
United States District Judge
United States Courthouse
500 Pearl Street, Room 2230
New York, NY 10007

Re:   *Karawia, et al. v. United States Dep't of Labor*, 08 Civ. 5471 (HB)

Dear Judge Baer:

This Office represents the United States Department of Labor (the "DOL"), the defendant in the above-referenced matter. I write to respectfully request that the time for DOL to respond to the Complaint in this matter be extended from August 18, 2008 to September 26, 2008. Counsel for plaintiffs consents to this request.

As Your Honor is aware, plaintiffs initially sought expedited relief in this matter. On July 14, 2008, Judge Swain, sitting in Part I, held a hearing on plaintiffs' request for a preliminary injunction. In an Order dated July 18, 2008, Judge Swain denied plaintiffs' preliminary injunction motion. If the Court grants the extension request, the additional time will allow the DOL to prepare and file the administrative record and also will provide the parties with an opportunity to confer as to how to proceed most efficiently toward resolution this matter.

I thank the Court for considering this request.

Respectfully,

SO ORDERED:

_____
Harold Baer, Jr., U.S.D.J.
Date: 8/12/08

MICHAEL J. GARCIA
United States Attorney

By: _____
LI YU
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2734
Fax: (212) 637-2686

cc:   Sam Z. Gdanski, Esqs. (By Facsimile)
      Gdanski and Gdanski LLP
      3 Rockwood Lane
      Suffern, New York 10901
      Fax: (845) 362-4700